SMYTH, Plaintiff, v. SCHLICK, Defendant. (Supreme Court, Appellate Division, Fourth De-

partment. February 6, 1900.) Action by Susie Smyth against Henry N. Schlick. No opinion. Plaintiff's exceptions overruled, and motion for new trial denied, with costs, and judgment ordered for the defendant, with costs.